UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TRUDIE ROSENBACH, an individual,

    Plaintiff,

v.                                      Case No: 2:13-cv-523-FtM-38DNF

KEVIN P. ROSENBACH, M.D., P.A.,
CAREONE HEALTH CARE
CENTERS, LLC, NAPLES ALLERGY
CENTER, LLC, TC TRUST, LLC and
TIMOTHY YABLONOWSKI,

    Defendants.
_____/

**ORDER[1]**

This matter comes before the Court on Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. #59), filed on January 16, 2015, recommending that (1) the Joint Motion for Approval of Settlement (Doc. #53) be granted and the Mediation Settlement Agreement (Doc. #53-1) be approved by the Court as a "fair and reasonable resolution of a bona fide dispute" of the FLSA issues, and that the proceeds be paid to the bankruptcy estate in Case No. 9:14-bk-08810-FMD; (2) the Court retain jurisdiction over this settlement for a period of 18 months; and (3) the Clerk be directed to dismiss this action with prejudice, terminate all pending motions, and close the file. No objections

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

have been timely filed to the Report and Recommendation. This matter is now ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636 (b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636 (b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. So. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts in part the Report and Recommendation of the Magistrate Judge. The Court will not retain jurisdiction over this matter for 18 months. See generally DeGraff v. SMA Behavioral Health Servs., Inc., 945 F. Supp. 2d 1324 (M.D. Fla. 2013) (choosing not to retain jurisdiction over FLSA settlement). The Court, however, adopts all other recommendations by the Magistrate Judge.

Accordingly, it is now

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. #59) is **ACCEPTED and ADOPTED in part** and the findings incorporated herein.

2. The Joint Motion for Approval of Settlement (Doc. #53) is **GRANTED**, the Mediation Settlement Agreement (Doc. #53-1) is **APPROVED** as a "fair and reasonable resolution of a bona fide dispute" of the FLSA issues, and the proceeds shall be paid to the bankruptcy estate in Case No. 9:14-bk-08810-FMD.

3. The Court chooses not to retain jurisdiction over this matter for 18 months.

4. The Clerk is directed to dismiss this action with prejudice, terminate all pending motions, issue a judgment accordingly, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of February, 2015.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record